UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIC General Insurance Corporation, | Case No. 2:25-cv-02550-CDS-MDC |
| Plaintiff | **Order Denying Plaintiff's Motion for Default Judgment** |
| v. | |
| Sheng Jing Huang, et al., | |
| Defendants | [ECF No. 37] |

Plaintiff MIC General Insurance Corporation brings this action against defendants Sheng Jing Huang, Wenjiao Huang, Travelers Property Casualty Insurance Company, CSAA Insurance Group, and Craig Banks seeking declaratory relief. Compl., ECF No. 1. The defendants were served with the summons and complaint, on January 13, 2026, and March 10, 2026. *See* Summons, ECF Nos. 16, 17, 18, 19, 27.[1] Majority of the defendants did not file an answer.[2]

Per Rule 55(a) of the Federal Rules of Civil Procedure (FRCP), the Clerk of Court entered default against Craig Banks on March 12, 2026. Default, ECF No. 28. MIC now seeks the entry of default judgment against Banks. Mot., ECF No. 37.

The Ninth Circuit looks to seven factors in determining whether default judgment is appropriate: (1) the possibility of prejudice to the plaintiff; (2) the merits of the plaintiff's substantive claims; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy underlying the FRCP favoring decisions on the merits. *Eitel v. McCool* 782 F.2d 1470, 1472 (9th Cir. 1986). In applying the *Eitel* factors, "all well-pleaded facts in the complaint are taken as true, except those relating to damages." *PepsiCo, Inc. v.*

---

[1] On January 22, 2026, MIC filed a notice voluntarily dismissing Travelers Property Casualty Insurance Company. Notice, ECF No. 20.

[2] Only Sheng Jing Huang and Wenjiao Huang filed an answer on January 27, 2026. ECF No. 21.

*California Sec. Cans*, 238 F. Supp. 2d 1172, 1177 (C.D. Cal. 2002). Allegations of damages must be proven. *Geddes v. United Fin. Grp.*, 559 F.2d 557, 560 (9th Cir. 1977).

Although MIC cites to the FRCP 55(b)(2) in its motion, it does not include any citation to law or a discussion of the *Eitel* factors, which is sufficient cause to deny the motion.[3] *See, e.g., Frenchans LLC v. Vestige LLC*, 2023 U.S. Dist. LEXIS 103810, at *5 (D. Ariz. Jan. 25, 2023) (denying motion for default judgment without prejudice because plaintiff failed to address the *Eitel* factors); *see also Branstetter v. Lorenzo*, 2022 WL 1037198, at *3 (D. Haw. Mar. 14, 2022) (recommendation that plaintiff's motion be denied without prejudice because it failed to cite the *Eitel* factors nor offer any argument as to why those factors justify default judgment). Consequently, MIC's motion for default judgment is denied without prejudice.

**Conclusion**

IT IS HEREBY ORDERED that MIC General Insurance Corporation's motion for entry of default judgment **[ECF No. 37] is DENIED without prejudice**.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge

---

[3] *See also* Local Rule 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion.").